IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00545-EWN-MJW

JOHNNY A. MONTANA,

    Plaintiff,
v.

STEVE HARGETT,
RANDY MARTINEZ
ANGELA ALCON,
SHERRI VAN METER, and
JANE & JOHN DOE'S "I throught X",

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: April 24, 2007

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00545-EWN -MJW

Johnny A. Montana
Prisoner No. 20951
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301-0400

Jim Higby - CERTIFIED
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE DOCUMENTS FOR: Steve Hargett,
Randy Martinez, Angela Alcon, and Sherri Van Meter,**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Jim Higby for service of process on Steve Hargett, Randy Martinez, Angela Alcon, and Sherri Van Meter: COMPLAINT FILED 3/20/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/24/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk