IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00545-EWN-MJW

JOHNNY A. MONTANA,

Plaintiff,

v.

STEVE HARGETT, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Show Cause (Docket No. 5) is granted to the extent that the plaintiff need not make a payment toward his filing fee for the months of March and April 2007.  It is further

    ORDERED that in the future, plaintiff shall comply with the Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Docket No. 2) by filing an affidavit and supporting documentation rather than by motion.

Date: April 26, 2007