IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00545-EWN-KLM

JOHNNY A. MONTANA,

    Plaintiff(s),

v.

STEVE HARGETT,
RANDY MARTINEZ,
ANGELA ALCON, and
SHERRI VAN METER,

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Magistrate Judge Craig B. Shaffer granted Plaintiff leave to proceed *in forma pauperis* [Docket No. 6]. It has come to the Court's attention that a previous Order directing the Marshal to serve the Summons and Complaint [Docket No. 12] did not result in service on Defendants. As such, Defendants have not accepted or waived service. It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If the Clerk is unable to obtain a waiver of services from Defendants, the United States Marshal shall serve a copy of Complaint, Summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If

appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that Defendants or counsel shall respond to the complaint [Docket No. 3] as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

Dated: July 18, 2008

By the Court:

/s Kristen L. Mix
Magistrate Judge Kristen L. Mix

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00545-EWN -KLM

Johnny A. Montana
Prisoner No. 20951
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301-0400

US Marshal Service
Service Clerk
Service forms for:   Steve Hargett, Randy Martinez,
Angela Alcon, and Sherri Van Meter,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Steve Hargett, Randy Martinez, Angela Alcon, and Sherri Van Meter: COMPLAINT FILED 3/20/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/18/07.

                                          GREGORY C. LANGHAM, CLERK

                                    By:_____
                                             Deputy Clerk