# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 07-cv-00545-CMA-KLM

JOHNNY A. MONTANA,

      Plaintiff,

v.

STEVE HARGETT,
RANDY MARTINEZ,
ANGELA ALCON, and
SHERRI VAN METER,

      Defendants.

---

## ORDER ADOPTING AND AFFIRMING OCTOBER 23, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the Recommendation by the Magistrate Judge (Doc. # 37) that Defendant Martinez's Motion to Dismiss (Doc. # 31) be granted and Plaintiff's case against Defendant Martinez be dismissed with prejudice and the Order to Show Cause (Doc. # 36) be made absolute and Plaintiff's cases against Defendants Hargett, Alcon, Van Meter, and Jane and John Doe's "1 through X" be dismissed without prejudice pursuant to F.R.Civ.P. 4(m).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation (Recommendation at 10-11). Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  Applying this standard, the Court is satisfied that the Recommendation of the Magistrate Judge is sound and that there is no clear error on the face of the record.  *See* F.R.Civ.P. 72(a).  The Court agrees that Defendant Martinez's Motion to Dismiss (Doc. # 31) be granted and the matter should be dismissed with prejudice.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge (Doc. # 37), dated October 23, 2008, is AFFIRMED and ADOPTED.  In accordance therewith, it is

FURTHER ORDERED that Defendant Martinez's Motion to Dismiss (Doc. # 31) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's case against Defendant Martinez is DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that the Order to Show Cause (Doc. # 36) is made absolute and Plaintiff's case against Defendants Hargett, Alcon, Van Meter, and Jane and John Doe's "1 through X" is DISMISSED WITHOUT PREJUDICE pursuant to F.R.Civ.P. 4(m).

DATED:  November  17 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge